GAAC/ALS: USAO#2011R00599

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2014 JUN 17 P 3: 34

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CLERK'S OFFICE |
| | * | AT BALTIMORE |
| v. | * | CRIMINAL NO. *R-DB-14-0297* |
| | * | BY            DY |
| DEANDRE KELLY | * | [Possession with Intent to Distribute |
| | * | Cocaine Base, 21 U.S.C. § 841(a); |
| Defendant | * | Escape, 18 U.S.C. § 751(a); Use and |
| | * | Carry Firearm During and in Relation |
| | * | to a Crime of Violence and Drug |
| | * | Trafficking Crime, 18 U.S.C. § 924(c)] |

*******

**INFORMATION**

**COUNT ONE**

The United States Attorney for the District of Maryland charges that:

On or about January 22, 2011, in the District of Maryland, the defendant,

**DEANDRE KELLY,**

did knowingly and intentionally possess with intent to distribute, 28 grams or more of a quantity of

a mixture or substance containing a detectable amount of cocaine base, commonly known as

"crack", a schedule II controlled substance.

21 U.S.C. § 841(a)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about January 23, 2011, in the District of Maryland, the defendant,

### DEANDRE KELLY,

did escape from the Garrett County Detention Center, an institution or facility in which the

defendant was confined by direction of the Attorney General, and by virtue of process issued under

the laws of the United States by a court, and said custody and confinement was by virtue of an

arrest on a charge of felony.

18 U.S.C. § 751(a)

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about January 23, 2011, in the District of Maryland, the defendant,

### DEANDRE KELLY,

did knowingly use and carry and brandish a firearm, no further description, during and in relation

to (1) a drug trafficking crime as alleged in Count One; and (2) a crime of violence for which he

may be prosecuted in a court of the United States, to wit, the escape of DeAndre Kelly from

federal custody as alleged in Count Two of this Information.


18 U.S.C. § 924(c)


Respectfully Submitted,


6/17/2014
Date

Rod J. Rosenstein
United States Attorney
For the District of Maryland


3